UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-2664

IN RE: AVANDIA MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION GLAXOSMITHKLINE, LLC & GLAXOSMITHKLINE, PLC

HUMANA MEDICAL PLAN, INC. and HUMANA INSURANCE COMPANY,
individually and on behalf of all others similarly situated,
Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civ. No. 10-6733 and MDL 1871)

Argued on January 24, 2012

Before: McKEE, *Chief Judge*, FISHER, and GREENAWAY, JR., *Circuit Judges*.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 24, 2012.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered June 13, 2011 be, and the same is hereby, VACATED and the case REMANDED for further proceedings. All in accordance with the Opinion of this Court. Parties to bear their own costs.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: June 28, 2012



Certified as a true copy and issued in lieu of a formal mandate on 08/14/2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**