IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>No. 07-md-01871-CMR |
| | 2:10-cv-6733-CMR |
| THIS DOCUMENT RELATES TO:<br>HUMANA MEDICAL PLAN, INC. et al. v.<br>GLAXOSMITHKLINE, L.L.C. et al. | |

## WITHDRAWAL OF MOTION

Plaintiffs Humana Medical Plan, Inc. and Humana Insurance Company hereby withdraw their motion, filed at Dkt. No. 35, captioned *Emergency Motion for Reconsideration and/or Relief from MDL Pretrial Order No. 176 (MDL Doc. No. 2855) entered November 13, 2012*.

Dated: March 11, 2013

                LOWEY DANNENBERG COHEN & HART, P.C.

                By: **/s/ Richard W. Cohen**
                    Richard W. Cohen
                    Peter D. St. Phillip
                    Gerald Lawrence
                    Uriel Rabinovitz
                    Four Tower Bridge
                    200 Barr Harbor Drive, suite 400
                    West Conshohocken, PA 19428-2977
                    Telephone:    (610) 941-2760
                    Facsimile:    (610) 862-9777

                *Attorneys for Plaintiffs Humana Medical Plans, Inc.*
                *and Humana Insurance Company*

**CERTIFICATE OF SERVICE**

  I, Uriel Rabinovitz, hereby certify that I caused the foregoing to be filed through the Court's electronic filing system on March 11, 2013.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

                     **/s/ Uriel Rabinovitz**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | : : : : : | **MDL No. 1871** <br> **No. 07-md-01871-CMR** <br><br> 2:10-cv-6733-CMR |
| **THIS DOCUMENT RELATES TO:** <br> **HUMANA MEDICAL PLAN, INC. et al. v.** <br> **GLAXOSMITHKLINE, L.L.C. et al.** | : : : : : | |

## ORDER

AND NOW, this _____ day of March, 2013, upon consideration of Humana Medical Plan, Inc.'s and Humana Insurance Company's Withdrawal of Motion of *Emergency Motion for Reconsideration and/or Relief from MDL Pretrial Order No. 176 (MDL doc. No. 2855) entered November 13, 2012* (Docket No. 35), it is hereby ORDERED that Motion is WITHDRAWN and therefore denied as moot.

 

 

_____
CYNTHIA M. RUFE, U.S.D.J.