IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUMANA MEDICAL PLAN, INC. and HUMANA INSURANCE COMPANY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GLAXOSMITHKLINE, L.L.C., et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:10-CV-6733 (CMR) |

## [PROPOSED] ORDER

AND NOW, this ____ day of April, 2013, upon consideration of Humana Medical Plan, Inc.'s and Humana Insurance Company's Motion to Vacate the Order Referring This Case to a Special Master, it is hereby ORDERED that the Order, Docket Entry No. 63, is vacated.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CYNTHIA M. RUFE, U.S.D.J.

{2295 / MISC / 00117239.DOCX v1}