IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO: | : : | |
| *Humana Medical Plan, Inc. v. GlaxoSmithKline* | : : | 10-cv-6733 |
| *Humana Medical Plan, Inc. V. GlaxoSmithKline* | : : | 13-mc-119 |

## ORDER

**AND NOW,** this 3rd day of May 2013, in light of the parties' Stipulation Concerning Briefing of Class Certification Issues and Discovery, which was approved by the Court on this date, it is hereby **ORDERED** that the Court April 15, 2013 Order (Doc. No. 63), which referred this matter to the Avandia Litigation's Special Discovery Master Merenstein for development of a discovery and briefing schedule, is **VACATED**. Accordingly, Plaintiff's Motion to Vacate the Court's April 15, 2013 Order (Case No. 10-6733, Doc. No. 66) is **DISMISSED** as **MOOT**.

It is further **ORDERED** that the parties shall file any response to the Garretson Resolution Group's pending Motion to Quash [Case No. 13-mc-119, Doc. No. 1] on or before May 6, 2013, as previously ordered, but, in light of the parties' agreement to stay discovery from the Garretson Resolution Group pending the Court's ruling on the implications of Comcast Corp. v. Behrend, the Court shall defer ruling on the Garretson Resolution Group's Motion to Quash until after it issues its ruling on the implications of Comcast Corp. v. Behrend.

It is so **ORDERED.**

BY THE COURT:

_/s/ Cynthia M. Rufe_
CYNTHIA M. RUFE, J.