IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, : <br> SALES PRACTICES AND PRODUCTS : <br> LIABILITY LITIGATON : <br> _____ : | MDL NO. 1871 <br> 07-MD-1871 |
| This document relates to: : <br> HUMANA MEDICAL PLAN, INC. et al. : <br> v.  : <br> GLAXOSMITHKLINE, LLC. , et al., : <br> _____: | CIVIL ACTION NO. 10-6733 |

## ORDER

**AND NOW,** this 24th day of November 2014, upon consideration of Humana's Motion for Class Certification [Doc. No. 41], Defendant's response [Doc. No. 49], and all supplemental briefs, and after a hearing on the motion, and for the reasons set forth in the Memorandum Opinion filed on this date, it is hereby **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

_/s/ Cynthia M. Rufe_
CYNTHIA M. RUFE, J.